IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:13-cr-00239

MICHAEL THORNSBURY,

        Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Stephen G. Jory, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: __10-2-13__                                      _____
                                                                         DEFENDANT

                                                                       WITNESS:

                                                                       _____
                                                                       COUNSEL FOR DEFENDANT